# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> OPERTURE, INC., et al., <br><br> Defendants. | Case No. 2:16-cv-01692-APG-GWF <br><br> **ORDER GRANTING MOTION TO LIFT STAY** <br><br> (ECF No. 29) |

IT IS ORDERED that plaintiff Bank of America, N.A.'s motion to lift stay **(ECF No. 29) is GRANTED**. The stay in this case is lifted for all purposes.

DATED this 29th day of September, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE