# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA N.A., | Case No. 2:16-cv-01692-APG-GWF |
| Plaintiff, | |
| v. | **ORDER FOR STATUS REPORT** |
| OPERTURE INC., et al., | |
| Defendants. | |

I recently granted plaintiff Bank of America's motion for default judgment against defendants George Peter Lee and Bridger Investment LLC. ECF No. 45. Now that the priority of Bank of America's deed of trust has been established, I direct the remaining parties to meet and confer to determine whether anything remains to be resolved in this case and, if so, whether it would be fruitful to pursue an early settlement conference before the parties expend further resources.

IT IS THEREFORE ORDERED that the remaining parties to this case shall meet and confer and shall file a joint status report on or before March 16, 2018 addressing these issues.

DATED this 12th day of February, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE