# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BANK OF AMERICA N.A., | Case No. 2:16-cv-01692-APG-GWF |
| Plaintiff, | |
| v. | **ORDER FOR STATUS REPORT** |
| OPERTURE INC., et al., | |
| Defendants. | |

I granted plaintiff Bank of America's motion for default judgment against defendants George Peter Lee and Bridger Investment LLC on February 7, 2018. ECF No. 45. I directed the remaining parties to meet and confer to determine whether anything remains to be resolved in this case. The parties filed a stipulation staying the claims against defendant Indigo Homeowners Association until the deadline to set aside or appeal the default judgment has expired. The parties have not filed anything since.

IT IS THEREFORE ORDERED that the remaining parties to this case shall meet and confer and shall file a joint status report on or before May 11, 2018.

DATED this 30th day of April, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE