**Schwartz Flansburg PLLC**
Frank M. Flansburg III, Esq.
Nevada Bar No. 6974
Andrew P. Dunning, Esq.
Nevada Bar No. 13864
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
frank@nvfirm.com
andrew@nvfirm.com
*Attorneys for Defendant George Peter Lee*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | |
| Plaintiff, | Case No.:    2:16-CV-01692-APG-GWF |
| vs. | |
| OPERTURE, INC., a corporation; BRIDGER INVESTMENTS LLC, a Nevada limited liability company; GEORGE PETER LEE; ALESSI & KOENIG, LLC, a Nevada limited liability company; INDIGO HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; and DOES I through X, and ROE CORPORATIONS I through X, inclusive; | **STIPULATION AND ORDER TO:** <br> **(1) SET ASIDE CLERK'S DEFAULT; AND** <br> **(2) VACATE DEFAULT JUDGMENT AGAINST DEFENDANT <u>GEORGE PETER LEE</u>** |
| Defendants. | |

## <u>STIPULATION</u>

Defendant George Peter Lee ("**Defendant**") by and through the law firm of Schwartz Flansburg PLLC, and Plaintiff, Bank of America, N.A. ("**Plaintiff**"), by and through the law firm of Wright, Finlay & Zak, LLP, hereby stipulate and agree as follows:

1.      On November 16, 2017, the Clerk entered default as to Defendants Bridger Investment LLC and George Peter Lee (the "**Clerk's Default**").  [ECF No. 36];

/ / /

/ / /

2. On January 26, 2018, Plaintiff filed its Renewed Application for Default Judgment against George Peter Lee and Bridger Investment LLC (the "**Renewed Application**"). [ECF No. 43];

3. On February 7, 2018, the Court entered its Order Granting the Renewed Application. [ECF No. 45];

4. On February 8, 2018, the Clerk entered its Default Judgment in favor of Plaintiff and against Defendants Bridger Investment LLC and George Peter Lee (the "**Default Judgment**"). [ECF No. 46];

5. On March 9, 2018, counsel for Defendant made their initial appearance in this matter. [ECF No. 48];

6. Rule 55(c) of the Federal Rules of Civil Procedure allows the Court to set aside an entry of default for good cause, and to set aside a final default judgment pursuant to Rule 60(b);

7. Rule 60(b)(5) of the Federal Rules of Civil Procedure allows the Court to relieve a party from a final judgment if the judgment "has been satisfied, released, or discharged." Similarly, Rule 60(b)(6) allows the Court to relieve a party from such a judgment for "any other reason that justifies relief;"

8. Rule 60(b)'s provisions for setting aside default judgments are "remedial," and "must be liberally applied." United States v. Aguilar, 782 F.3d 1101, 1106 (9th Cir. 2015) citing Falk v. Allen, 739 F.2d 461, 463 (9th Cir. 1984) (per curiam). The Ninth Circuit often reiterates the longstanding policy that a default judgment "is a drastic step appropriate only in extreme circumstances," and that "a case should, whenever possible, be decided on the merits." Id.

9. Plaintiff and Defendant agree and stipulate that there is good cause to set aside the Clerk's Default as to Defendant;

10. Plaintiff and Defendant agree and stipulate to vacate the Default Judgment against Defendant;

11. The sole remaining appearing party, Defendant Indigo Homeowner's Association, does not object to this agreement and stipulation, and consents to the same pursuant to LR 7-1(c);

4849-4989-4757, v. 1

12.     Defendant shall file and serve his response to Plaintiff's Complaint within twenty-one (21) days of the date of the order granting this stipulation.

IT IS SO STIPULATED.

Dated this 11th day of May, 2018                    Dated this 11th day of May, 2018


SCHWARTZ FLANSBURG PLLC                    WRIGHT FINLAY & ZAK


*/s/ Andrew P. Dunning*                            */s/ Aaron D. Lancaster*
Frank M. Flansburg III, Esq.                      Aaron D. Lancaster, Esq.
Nevada Bar No. 6974                              Nevada Bar No. 10115
Andrew P. Dunning, Esq.                           7785 W. Sahara Ave., Suite 200
Nevada Bar No. 13864                             Las Vegas, Nevada  89117
6623 Las Vegas Blvd. South, Suite 300            *Attorneys for Plaintiff*
Las Vegas, Nevada  89119                         *Bank of America, N.A.*
*Attorneys for Defendant*
*George Peter Lee*


Dated this 11th  day of May, 2018


LEACH JOHNSON SONG & GRUCHOW


*/s/ Chase Pittsenbarger*
Sean L. Anderson, Esq.
Nevada Bar No. 7259
Chase Pittsenbarger, Esq.
Nevada Bar No. 13740
8945 W. Russell Road, Ste. 330
Las Vegas, NV 891148
*Attorneys for Defendant*
*Indigo Homeowners' Association*

4849-4989-4757, v. 1

# ORDER

Based upon the foregoing stipulation, and good cause appearing, the Court hereby orders as follows:

1.      The above stipulation of the parties is approved;

2.      The November 16, 2017, Clerk's Default [ECF No. 36] is set aside as to Defendant George Peter Lee;

3.      The February 8, 2018, Default Judgment in favor of Plaintiff [ECF No. 46] is vacated as to Defendant George Peter Lee;

4.      Defendant George Peter Lee shall file and serve his response to Plaintiff's Complaint within twenty-one (21) days of the date of this order.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: May 14, 2018.

Submitted By:

SCHWARTZ FLANSBURG PLLC

*/s/ Andrew P. Dunning*
Frank M. Flansburg III, Esq.
Nevada Bar No. 6974
Andrew P. Dunning, Esq.
Nevada Bar No. 13864
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
*Attorneys for Defendant George Peter Lee*

4849-4989-4757, v. 1