WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
esmith@wrightlegal.net
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
alancaster@wrightlegal.net
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 475-7967; Fax: (702) 946-1345
*Attorneys for Plaintiff, Bank of America, N.A.*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> OPERTURE INC., a corporation; BRIDGER INVESTMENT LLC, a Nevada limited liability company; GEORGE PETER LEE; ALESSI & KOENIG, LLC, a Nevada limited liability company; INDIGO HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; and DOES I through X, and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.: 2:16-cv-01692-APG-GWF <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** <br><br> **(FIRST REQUEST)** |

Pursuant to Local Rules 6-1 and 26-4, Plaintiff, BANK OF AMERICA, N.A. ("BANA"), through its counsel of record, Aaron D. Lancaster, Esq., GEORGE PETER LEE ("Mr. Lee"), through its counsel of record, Andrew P. Dunning, Esq. and INDIGO HOMEOWNERS ASSOCIATION ("HOA"), through its counsel of record T. Chase Pittsenbarger, Esq., submit this Stipulation and Order to extend discovery by one hundred and eighty (180) days. This is the parties' first request for an extension.

\ \ \

\ \ \

## A. **INTRODUCTION**

This dispute arises out of Plaintiff's complaint, which asks the Court for a determination and declaration: (1) quiet title/declaratory relief of the subject property, (2) injunctive relief, (3) Unjust enrichment, (4) wrongful foreclosure, (5) negligence, (6) negligence per se, (7) breach of contract, (8) misrepresentation, and (9) tortious interference of contract.

In this matter an Order Granting Motion for Default Judgment [ECF No. 45] was entered on February 7, 2018, against Defendants George Peter Lee and Bridger Investment LLC. After the entry of the Order Granting Motion for Default Judgment counsel made an appearance on behalf of the Defendant George Peter Lee [ECF No. 46]. On March 28, 2018, the Court entered a Stipulation and Order Limited Stay as to Claims Asserted Against Indigo Homeowners' Association [ECF No. 53].

The parties have filed a Stipulation and Order to: (1) Set Aside Clerk's Default; and (2) Vacate Default Judgment Against Defendant George Peter Lee [ECF No. 58]. Further, the parties have requested the Stipulation and Order Limited Stay as to Claims Asserted Against Indigo Homeowners' Association [ECF No. 53] be lifted and set aside. Now, the parties stipulate to an extension of discovery by one hundred and eighty (180) days.

## B. **STATEMENT SPECIFYING THE DISCOVERY COMPLETED.**

On November 21, 2017, the Court entered a Scheduling Order which set the following deadlines:

(a) Discovery Cut Off: 3/28/2018

(b) Last day to file motions to amend pleadings or add parties: 12/29/2017

(c) Initial Expert Disclosures: 1/29/2018

(d) Rebuttal Expert Disclosures: 2/27/2018

(e) Dispositive Motions: 4/27/2018

\ \ \

The following discovery has been completed:

(1) Plaintiff served its Initial Disclosures on December 5, 2017.

(2) HOA served its Initial Disclosures on March 28, 2018.

(3) HOA served its Interrogatories, Request for Admissions, and Request for Production of Documents upon BANA on February 26, 2018.

(4) BANA served its Responses to HOA's Requests for Admission on march 13, 2018.

(5) BANA served its Responses to HOA's Plaintiff's Interrogatories and Requests for Production of Documents on March 16, 2018.

C. **SPECIFIC DESCRIPTION OF DISCOVERY THAT REMAINS TO BE COMPLETED.**

(A) Depositions. Parties anticipate taking the deposition of Plaintiff, Mr. Lee, HOA, Operture Inc., Bridger Investment LLC, and Alessi & Koenig, LLC. Additional deponents may be identified through the discovery process.

(B) Written Discovery.  (1) Mr. Lee's Initial Disclosures, (2) BANA's Interrogatories, Requests for Admission and Request for Production of Documents upon HOA, (4) BANA's Interrogatories, Requests for Admission and Request for Production of Documents upon Mr. Lee, (4) subpoena duces tecum to Operture Inc. and Bridger Investment LLC, (5) subpoena duces tecum to Alessi & Koenig, LLC, and (6) Mr. Lee's written discovery requests.

The parties reserve the right to participate in additional discovery during the time frames outlined below should the need arise.

D. **REASONS WHY THE DISCOVERY REMAINING WILL NOT BE COMPLETED WITHIN THE TIME FRAMES SET BY THE DISCOVERY ORDER.**

BANA did not complete discovery because on February 7, 2018, this Court entered an Order Granting Motion for Default Judgment [ECF No. 45], against Defendants George Peter

Lee and Bridger Investment LLC. After the entry of the Order Granting Motion for Default Judgment counsel made an appearance on behalf of the Defendant George Peter Lee [ECF No. 46]. If the Court sets aside the Default Judgment against Mr. Lee, the parties request that the Stipulation and Order Limited Stay as to Claims Asserted Against Indigo Homeowners' Association [ECF No. 53] entered by the Court on March 28, 2018 be lifted.

Accordingly, the parties seek an extension of the discovery deadlines to complete the above set forth discovery. Good cause and excusable neglect exists to extend discovery in this action because the of the Order Granting Motion for Default Judgment [ECF No. 45], against Defendants George Peter Lee and Bridger Investment LLC and the subsequent setting aside of the Default Judgment as to Mr. Lee.

This extension will not unduly delay the progress of this case, but rather will allow the parties to further explore settlement options, coordinate discovery given the current scheduling conflicts and seek discovery.

The parties submit this stipulation in good faith and without the purpose of undue delay.

**E. PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY**

(A) Discovery Cut-Off Date: October 31, 2018

(B) Amending the Pleadings and Adding Parties: August 2, 2018

(C) Initial Experts: September 4, 2018

(D) Rebuttal Experts: October 1, 2018

(E) Dispositive Motions: November 30, 2018

(F) Pre-Trial Order: January 2, 2019.

\ \ \

\ \ \

\ \ \

\ \ \

## F. CURRENT TRIAL DATE.

This case has not yet been set for trial.

May 21, 2018

Wright Finlay & Zak

By: /s/ *Aaron Lancaster*
    Aaron D Lancaster, Esq.
    Nevada Bar No. 10115
    7785 W. Sahara Ave, Suite 200
    Las Vegas, NV 89117
    *Plaintiff, Bank of America, N.A.*

May 21, 2018

Leach Johnson Song & Gruchow

By: /s/ *Chase Pittsenbarger*
    Sean L. Anderson, Esq.
    Nevada Bar No. 7259
    T. Chase Pittsenbarger, Esq.
    Nevada Bar No. 13740
    8945 W. Russell Road, Suite 330
    Las Vegas, NV 89148
    *Attorneys for Defendant Indigo Homeowners' Association*

May 21, 2018

Schwartz flansburg

By: /s/ *Andrew Dunning*
    Andrew P. Dunning, Esq.
    6623 Las Vegas Blvd South, Suite 300
    Las Vegas, NV 89119
    *Attorneys for Defendant George Peter Lee*

## ORDER

**IT IS SO ORDERED.**

Dated this 23 day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE