WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
esmith@wrightlegal.net
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
alancaster@wrightlegal.net
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 475-7967; Fax: (702) 946-1345
*Attorneys for Plaintiff, Bank of America, N.A.*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> OPERTURE INC., a corporation; BRIDGER INVESTMENT LLC, a Nevada limited liability company; GEORGE PETER LEE; ALESSI & KOENIG, LLC, a Nevada limited liability company; INDIGO HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; and DOES I through X, and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.: 2:16-cv-01692-APG-GWF <br><br> **STIPULATION AND ORDER FOR LEAVE TO FILE AMENDED COMPLAINT** |

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiff, BANK OF AMERICA, N.A. ("BANA"), through its counsel of record, Aaron D. Lancaster, Esq., GEORGE PETER LEE ("Mr. Lee"), through its counsel of record, Andrew P. Dunning, Esq. and INDIGO HOMEOWNERS ASSOCIATION ("HOA"), through its counsel of record T. Chase Pittsenbarger, Esq., hereby stipulate and agree as follows:

1. On June 18, 2016, Plaintiff filed Case No. 2:16-cv-01692 ("Action") against Defendants concerning claims to the real property commonly known as 9268 Lapeer Street, Las Vegas, NV 89178, APN# 176-20-213-022 (hereinafter the "Property").

2. Plaintiff Complaint [ECF No. 1], inadvertently omitted page 3 (paragraphs 11-16) of the Complaint.

3. On May 23, 2018, the Court entered and Order to Extend Discovery Deadlines, including the deadline for amending the pleadings and adding parties to August 2, 2018.

4. The Parties agree that Plaintiff should be permitted to amend its Complaint to assert page 3 of the originally drafted Complaint and Plaintiff's proposed Amended Complaint is attached as **Exhibit 1**.

IT IS HEREBY STIPULATED AND AGREED that Plaintiff shall have leave to amend its pleadings in the form of the proposed Amended Complaint attached hereto as Exhibit 1.

IT IS SO STIPULATED.

. June 14, 2018

WRIGHT FINLAY & ZAK

By: /s/   Aaron Lancaster
    Aaron D Lancaster, Esq.
    Nevada Bar No. 10115
    7785 W. Sahara Ave, Suite 200
    Las Vegas, NV 89117
    *Plaintiff, Bank of America, N.A.*

JUNE 14, 2018

LEACH JOHNSON SONG & GRUCHOW

By: /s/   Chase Pittsenbarger
    Sean L. Anderson, Esq.
    Nevada Bar No. 7259
    T. Chase Pittsenbarger, Esq.
    Nevada Bar No. 13740
    8945 W. Russell Road, Suite 330
    Las Vegas, NV 89148
    *Attorneys for Defendant Indigo Homeowners' Association*

June 14, 2018

SCHWARTZ FLANSBURG

By: /s/ Troy Domina
    Troy P. Domina, Esq.
    Nevada Bar No. 13862
    6623 Las Vegas Blvd South, Suite 300
    Las Vegas, NV 89119
    *Attorneys for Defendant George Peter Lee*

## ORDER

**IT IS SO ORDERED.**

Dated this 18th day of June, 2018.

_George Foley Jr._
_____
UNITED STATES MAGISTRATE JUDGE