WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
sehlers@wrightlegal.net
alancaster@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>    Plaintiff,<br><br>    vs.<br><br>OPERTURE INC., a corporation; BRIDGER INVESTMENT LLC, a Nevada limited liability company; GEORGE PETER LEE; ALESSI & KOENIG, LLC, a Nevada limited liability company; INDIGO HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; and DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No.: 2:16-cv-01692-APG-GWF<br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS BETWEEN BANK OF AMERICA, N.A. AND GEORGE PETER LEE AND INDIGO HOMEOWNERS' ASSOCIATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, BANK OF AMERICA, N.A., ("BANA" or "Plaintiff"), by and through its attorneys of record, R. Samuel Ehlers, Esq. and Aaron D. Lancaster, Esq., of the law firm of Wright, Finlay & Zak, LLP, and Defendants, GEORGE PETER LEE ("Mr. Lee"), by and through its counsel of record, Troy P. Domina, Esq. and INDIGO HOMEOWNERS ASSOCIATION ("HOA"), through its counsel of record T. Chase Pittsenbarger, Esq., hereby stipulate and agree as follows:

    1.    This action concerns title to real property commonly known as 9268 Lapeer Street, Las Vegas, Nevada 89178 ("Property") following a homeowner's association foreclosure sale conducted on December 17, 2014, with respect to the Property.

2. As it relates to BANA, Mr. Lee and HOA (collectively referred to as the "parties"), a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20070126-0004487 ("Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. This Stipulation and Order is the result of a compromise resolution of this action and shall not constitute or be construed as an admission of the facts or legal conclusions at issue in this action, or an admission as to the validity of the allegations in future actions.

4. With respect to this dispute, the Parties have entered into confidential settlement agreements.

5. Plaintiff expressly reserves all rights and interests in the loan secured by the Deed of Trust, as well as its claims against Alessi & Koenig, LLC, including but not limited to, any actions to seek a deficiency judgment.

6. The Parties have resolved all of their claims and disputes, and stipulate and agree to the dismissal of all claims among them with prejudice, with each party to bear its own costs and attorneys' fees.

7. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder.

\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \

**IT IS SO STIPULATED.**

JANUARY 8TH, 2019                         JANUARY 8TH, 2019

WRIGHT FINLAY & ZAK                       LEACH JOHNSON SONG & GRUCHOW

By: /s/  Aaron Lancaster                  By: /s/  Chase Pittsenbarger
    Aaron D Lancaster, Esq.                   Sean L. Anderson, Esq.
    Nevada Bar No. 10115                      Nevada Bar No. 7259
    7785 W. Sahara Ave, Suite 200             T. Chase Pittsenbarger, Esq.
    Las Vegas, NV 89117                       Nevada Bar No. 13740
    *Plaintiff, Bank of America, N.A.*        8945 W. Russell Road, Suite 330
                                              Las Vegas, NV 89148
                                              *Attorneys for Defendant Indigo*
                                              *Homeowners' Association*

JANUARY 8TH, 2019

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Troy P. Domina
    Troy P. Domina, Esq.
    100 North City Parkway, Suite 1600
    Las Vegas, NV 89106-4614
    *Attorneys for Defendant George Peter*
    *Lee*

<u>**ORDER**</u>

**IT IS SO ORDERED.**

   Dated: January 8, 2019.


_____
UNITED STATES DISTRICT COURT JUDGE