# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA N.A., | Case No.: 2:16-cv-1692-APG-GWF |
| Plaintiff | **ORDER DISMISSING DEFENDANT BRIDGER INVESTMENT LLC and ALESSI & KOENIG LLC** |
| v. | |
| OPERTURE INC., et al., | [ECF No. 84] |
| Defendants | |

On December 11, 2018, the plaintiff was advised by the court (ECF No. 84) that this action would be dismissed without prejudice as to Defendants BRIDGER INVESTMENTS LLC and ALESSI & KOENIG LLC unless on or before January 10, 2019, the plaintiff filed proper proof of service or showed good cause why service was not made. The plaintiff has failed to file proof of service nor shown good cause. Nor has the plaintiff shown cause why this action should not be dismissed without prejudice as to those defendants under FRCP 4(m).

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice** as to defendants BRIDGER INVESTMENTS LLC and ALESSI & KOENIG LLC.

Dated: January 14, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE