# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-01692-APG-EJY |
| Plaintiff | **Order Dismissing Defendant Operture Inc.** |
| v. | |
| OPERTURE INC., et al., | |
| Defendants | |

I previously ordered plaintiff Bank of America, N.A. to show cause why its claims against defendant Operture Inc. should not be dismissed for failure to prosecute. Bank of America did not respond. I therefore dismiss those claims.

IT IS THEREFORE ORDERED that plaintiff Bank of America, N.A.'s claims against defendant Operture Inc. are DISMISSED with prejudice.

DATED this 27th day of August, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE